IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**QUANTROME RAY**                                                                                    **PLAINTIFF**

v.                                                                           CIVIL ACTION NO. 1:20-cv-313-TBM-RPM

**BAY ST. LOUIS — WAVELAND**
**SCHOOL DISTRICT, DINO TENORIO,**
*and* **CHARLES SCHWARTZ**                                                              **DEFENDANTS**

### ORDER

Pursuant to the Joint Stipulation of Dismissal [26] of the state law claims filed by the parties on March 25, 2021, the Court finds that Bay St. Louis-Waveland School District and Dino Tenorio's Motion for Judgment on the Pleadings [24] is now moot.

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendants' Motion for Judgment on the Pleadings [24] pursuant to Rule 12(c) of the Federal Rules of Civil Procedure is MOOT.

This, the 25th day of May, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE